■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYLIK WILLIAMS, Also Known as VICTOR RAMOS, Appellant. [769 NYS2d 797]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered December 17, 2001, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant claims that the trial court erred in failing to instruct the jury that a prosecution witness could be considered an accomplice as a matter of fact, whose testimony required corroboration. However, the subject witness was, at most, an "accessory after the fact," whose testimony needs no corroboration under CPL 60.22 (*People v Dygert,* 229 AD2d 735, 736 [1996]; *People v Sacco,* 199 AD2d 288, 289 [1993]). Accordingly, an accomplice corroboration charge would not have been warranted (*see People v Young,* 235 AD2d 441, 442 [1997]; *People v Brown,* 221 AD2d 270, 271 [1995]; *People v Montgomery,* 178 AD2d 663 [1991]). Krausman, J.P., Schmidt, Mastro and Rivera, JJ., concur.